| 1. Person Reporting (last name, first, middle initial) Holmes, III, Paul K. | 2. Court or Organization United States District Court Western District of Arkansas | 3. Date of Report 04/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge- Nominee | 5a. Report Type (check appropriate type) ☑ Nomination, Date 4/28/2010 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2009 to 3/31/2010 |
| 7. Chambers or Office Address 30 South 6th Street Fort Smith, Arkansas 72901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Of Counsel | Warner, Smith & Harris, PLC |
| 2. Partner | Warner, Smith & Harris, PLC |
| 3. Director | PKH Properties, LLC |
| 4. Director | BECH Oil & Gas Company |
| 5. Trustee | Lyon College |
| 6. Director | Fort Smith Symphony Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Warner, Smith & Harris, PLC- Of Counsel Agreement |
| 2. 2009 | Warner, Smith & Harris, PLC- Partnership Agreement |
| 3. 2009-2010 | Warner, Smith & Harris, PLC- Pension and Profit Sharing Plan |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2010 | Warner, Smith & Harris, PLC- attorney's fees | $70,000.00 |
| 2. 2009 | Warner, Smith & Harris, PLC- partnership | $379,463.00 |
| 3. 2008 | Warner, Smith & Harris, PLC- partnership | $556,393.00 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2010 | Fort Smith Public School District- substitute teaching |
| 2. 2009 | Fort Smith Public School District- substitute teaching |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABFS Common | B | Dividend | L | T | Exempt | | | | |
| 2. CHS Common | | None | J | T | | | | | |
| 3. CNP Common | A | Dividend | J | T | | | | | |
| 4. COP Common | B | Dividend | L | T | | | | | |
| 5. FDX Common | A | Dividend | L | T | | | | | |
| 6. DBRN Common | | None | J | T | | | | | |
| 7. GE Common | B | Dividend | K | T | | | | | |
| 8. HD Common | B | Dividend | L | T | | | | | |
| 9. HIG Common | A | Dividend | K | T | | | | | |
| 10. HPQ Common | B | Dividend | M | T | | | | | |
| 11. HOT Common | A | Dividend | J | T | | | | | |
| 12. IBKC Common | B | Dividend | L | T | | | | | |
| 13. INTC Common | A | Dividend | K | T | | | | | |
| 14. JBHT Common | A | Dividend | L | T | | | | | |
| 15. JNJ Common | B | Dividend | K | T | | | | | |
| 16. MHS Common | | None | K | T | | | | | |
| 17. MON Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MSFT Common | B | Dividend | M | T | | | | | |
| 19.  NUE Common | C | Dividend | L | T | | | | | |
| 20.  PFE Common | D | Dividend | M | T | | | | | |
| 21.  RF Common | | None | J | T | | | | | |
| 22.  RIG Common | | None | K | T | | | | | |
| 23.  SLB Common | B | Dividend | M | T | | | | | |
| 24.  SO Common | C | Dividend | L | T | | | | | |
| 25.  T Common | A | Dividend | J | T | | | | | |
| 26.  WMMVY Common | A | Dividend | K | T | | | | | |
| 27.  WMT Common | D | Dividend | N | T | | | | | |
| 28.  Vanguard Total Stock Index Fund | B | Dividend | M | T | | | | | |
| 29.  Vanguard Extended Market Index Fund | A | Dividend | L | T | | | | | |
| 30.  Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 31.  Vanguard Capital Opportunity Fund | A | Dividend | M | T | | | | | |
| 32.  Vanguard Developed Markets Index Fund | A | Dividend | M | T | | | | | |
| 33.  Vangurd Total Int. Stock Index Fund | A | Dividend | K | T | | | | | |
| 34.  Vanguard Inter-Term Inv. Grade Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inflation-Protect Sec. | B | Dividend | L | T | | | | | |
| 36. Vanguard Inter-Term Tax Exempt Inv. | C | Interest | L | T | | | | | |
| 37. Fidelity Int. Muni Income Fund | D | Interest | M | T | | | | | |
| 38. MFS Investors Trust-A Fund | A | Dividend | K | T | | | | | |
| 39. T.Rowe Price Growth Stock Fund | A | Dividend | K | T | | | | | |
| 40. T. Rowe Price Personal Strategy Growth Fund | A | Dividend | K | T | | | | | |
| 41. T. Rowe Price New Horizons Fund | | None | J | T | | | | | |
| 42. T. Rowe Price International Stock Fund | B | Dividend | L | T | | | | | |
| 43. U. S. Treasury Notes | D | Interest | L | T | | | | | |
| 44. First National Bank of Fort Smith | | | | | | | | | |
| 45. -First National Money Mkt. Fund | A | Interest | J | T | | | | | |
| 46. -First National Acct. | A | Interest | L | T | | | | | |
| 47. Schwab Cash Reserves | A | Interest | K | T | | | | | |
| 48. T. Rowe Price Tax-Exempt Money Mkt. Fund | A | Interest | L | T | | | | | |
| 49. Vanguard Tax-Exempt Money Mkt. Fund | B | Interest | O | T | | | | | |
| 50. Vanguard Prime Money Mkt. Fund | A | Interest | L | T | | | | | |
| 51. Fidelity Municipal Money Mkt. Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PKH Properties, LLC | | None | J | W | | | | | |
| 53. BECH Oil & Gas Company | D | Distribution | K | W | | | | | |
| 54. Health Savings Accounts | | | | | | | | | |
| 55. -HSA Bank Money Mkt. Fund | A | Interest | K | T | | | | | |
| 56. -TD Ameritrade Money Mkt. Fund | A | Interest | J | T | | | | | |
| 57. -TD Ameritrade SPY Index Fund | A | Dividend | K | T | | | | | |
| 58. First National Trustee WSH Pension & Profit Sharing Plan | D | Dividend | N | T | | | | | |
| 59. - VIMSX Fund | | | | | | | | | |
| 60. - FIGRX Fund | | | | | | | | | |
| 61. -FNB Money Mkt. | | | | | | | | | |
| 62. T. Rowe Price- Rollover IRA Acct. | E | Dividend | O | T | | | | | |
| 63. - POMIX | | | | | | | | | |
| 64. - PRGIX | | | | | | | | | |
| 65. - TRMCX | | | | | | | | | |
| 66. - PRTIX | | | | | | | | | |
| 67. - PRTXX | | | | | | | | | |
| 68. - TRRBX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  - RPSIX | | | | | | | | | |
| 70.  - INTC Common | | | | | | | | | |
| 71.  - MHS Common | | | | | | | | | |
| 72.  - MRK Common | | | | | | | | | |
| 73.  - NUE Common | | | | | | | | | |
| 74.  - CVX Common | | | | | | | | | |
| 75.  Lincoln National Whole Life | | None | K | T | | | | | |
| 76.  Union Central Whole Life | A | Dividend | J | T | | | | | |
| 77.  Transamerica Whole Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS- I serve on the Board of Trustees of Lyon College, a private liberal arts college.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____Paul K. Holmes_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 87 | 175 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 100 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 3 | 036 | 772 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | 25 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 25 | 000 | | | | |
| Cash value-life insurance | | 57 | 647 | | | | |
| Other assets itemize: | | | | | | | |
| Money Market Funds – see schedule | 1 | 108 | 855 | | | | |
| Retirement Accounts – see schedule | 1 | 491 | 788 | | | | |
| HSA Accounts – see schedule | | 32 | 981 | Total liabilities | | | 0 |
| | | | | Net Worth | 6 | 365 | 218 |
| Total Assets | 6 | 365 | 218 | Total liabilities and net worth | 6 | 365 | 218 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |